**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00033-CV

### IN RE SENRICK WILKERSON, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00716-D**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's January 9, 2017 petition for writ of mandamus.

/s/    DAVID J. SCHENCK
        JUSTICE